SCWC-13-0000401

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

SCOTT A. ABREGANO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000401; FC-CR NO. 12-1-1963)

ORDER OF CORRECTION
(By: Recktenwald, C.J.)

IT IS HEREBY ORDERED that the Opinions of the Court

filed on December 11, 2015, is corrected as follows:

The attorney credits on page 34 shall reflect

Titiimaea N. Ta’ase as attorney for petitioner.

The Clerk of the Court is directed to take all

necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai‘i, December 11, 2015.

/s/ Mark E. Recktenwald

